# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Elijah Sims Jr.,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                   3:07-cv-335

Craig A Hollar, et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 28, 2007 Order.

Signed: August 28, 2007

Frank G. Johns, Clerk
United States District Court